UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CV-13-055-LRS |
| vs. ) | |
| 2006 DODGE RAM 1500 PICKUP, ) CALIFORNIA LICENSE PLATE ) 8B82961, VIN: ) 1DYHA18276S627406, ) | Final Order of Forfeiture |
| $16,419.00 U.S. CURRENCY, ) | |
| Defendants. ) | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.  ECF No. 1.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property being forfeited is described as follows:

2006 Dodge Ram 1500 Pickup, California License Plate 8B82961, VIN: 1DYHA18276S627406, seized on or about July 21, 2011, in Moses Lake, Washington, by the Drug Enforcement Administration, pursuant to a federal search warrant.

$16,419.00 U.S. currency seized on or about July 21, 2011, in Moses Lake, Washington, by the Drug Enforcement Administration, pursuant to a federal search warrant.

On February 11, 2013, the Clerk's office issued the Warrant of Arrest In Rem, pursuant to the Court's order of the same date.  ECF No. 4.

On February 13, 2013, the Warrant of Arrest In Rem was returned executed. ECF No. 5.

Final Order of Forfeiture -1-
Final Order of Forfeiture.wpd

1    Notice of Civil Forfeiture Action was posted on the official government website beginning February 20, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed herein on June 6, 2013. ECF Nos. 6, 6-1 and 6-2.  At the latest, the claim period expired on April 21, 2013.

On or about February 19, 2013, Josefina Beltran-Rico was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture.  ECF No. 7 and 7-1.  Based upon the direct notice's service date the last date to file a timely claim was March 26, 2013.  To date, no claim of interest has been received or filed with the Court from Josefina Beltran-Rico.  On June 6, 2013, the United States served and filed its Notice of Motion for Default.  ECF No. 9.  On June 26, 2013, the United States filed a Motion for Default.  ECF No. 11.  On June 26, 2013, the Clerk entered a default order as to Josefina Beltran-Rico.  ECF No. 14.

On or about February 19, 2013, Blanca E. DeLacampoz was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture.  ECF No. 8 and 8-1.  Based upon the direct notice's service date the last date to file a timely claim was March 26, 2013.  To date, no claim of interest has been received or filed with the Court from Blanca E. DeLacampos.  On June 6, 2013, the United States served and filed its Notice of Motion for Default.  ECF No. 10.  On June 26, 2013, the United States filed a Motion for Default.  ECF No. 12.  On June 26, 2013, the Clerk entered a default order as to Blanca E. DeLacampoz.  ECF No. 13.

It appearing to the Court that any and all potential claimant's interest in the defendant property has been resolved through the entry of the Clerk's Order of Default as to  Josefina Beltran-Rico and Blanca E. DeLacampoz;

It also appearing to the Court that no other timely claims have been made to the defendant property;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant property is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States shall dispose of the forfeited defendant property in accordance with law.

DATED this __15th__ day of August, 2013.

*s/Lonny R. Suko*

_____
Lonny R. Suko
United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney

Final Order of Forfeiture -3-
Final Order of Forfeiture.wpd